# Exhibit 1

**SUBPOENA**

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room **JM-170**
Washington,   D.C. 20001    Telephone (202) 879-1133

| TASYHA WHITFIELD |
|---|

Plaintiff

**SUBPOENA IN A CIVIL CASE**

| JOEL R. BROMWELL, et al. |
|---|

Defendant

CASE NUMBER: | 2013 CA 003402 V |
|---|

To: | US Attorneys Office/Washington, DC |
|---|

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | | DATE | TIME |
|---|---|---|---|
| | | | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | | DATE | TIME |
|---|---|---|---|
| | | | |

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

DOCUMENTS OR OBJECTS

| A complete copy of your investigation file, police report, witness statements and all photographs. pertaining to CCN #: 13036815, d/o/a: 3/21/13, pedestrian fatality (Victim: Ruby Whitfield) |
|---|

| PLACE OF PRODUCTION | DATE | TIME |
|---|---|---|
| 17251 Melford Blvd., #200, Bowie, MD  20715 | 09/23/2013 | 2:00 pm |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | | DATE | TIME |
|---|---|---|---|
| | | | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant)

DATE
| 08/20/2013 |
|---|

ISSUING   PERSON'S NAME, ADDRESS AND PHONE NUMBER

| Christopher R. Dunn<br>17251 Melford Boulevard, Suite 200<br>Bowie, MD  20715<br>(301) 352-4950 |
|---|

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

Christopher R. Dunn
D.C. Bar No.: 417845
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Counsel for Defendant Hunam Inn, Inc.

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD
BLVD.
SUITE 200
BOWIE, MARYLAND
20715
TELEPHONE: (301)
352-4950
FAX: (301) 352-8691

3930 WALNUT
STREET
SUITE 250
FAIRFAX, VIRGINIA
22030
TELEPHONE: (703)
255-6667
FAX: (703) 299-8548

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

TASYHA WHITFIELD, Individually and &ast;
as Personal Representative of the Estate of &ast;
her deceased Mother, RUBY WHITFIELD, &ast;
          &ast;
  Plaintiff,      &ast;
           &ast;  Civil No.: 2013 CA 003402 V
  v.        &ast;  Judge Neal E. Kravitz
           &ast;  Next Scheduled Event:
JOEL R. BROMWELL   &ast; Initial Conference - 8/16/13 @ 9:30 a.m.
  and       &ast;
HUNAM INN, INC., d/b/a LEVELONE/ &ast;
30 DEGREES/COBALT,   &ast;
           &ast;
  Defendants.     &ast;

## CERTIFICATE REGARDING DISCOVERY

  I HEREBY CERTIFY that a copy of the foregoing Notice of Deposition Duces

Tecum and a copy of this Certificate, were mailed, postage prepaid, this 20th day of

August, 2013, to:

     O'Neil S. King, Esquire
     LEFTWICH & LUDAWAY, LLC
     1400 K Street, N.W., Suite 1000
     Washington, D.C. 20005
     Counsel for Defendant Bromwell

     Patrick M. Regan, Esquire
     Victor E. Long, Esquire
     Paul Cornoni, Esquire
     REGAN ZAMBRI LONG & BERTRAM
     1919 M Street, N.W., Suite 350
     Washington, D.C. 20036
     Counsel for Plaintiff

DeCARO, DORAN,
SICILIANO,
GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD
BLVD.
SUITE 200
BOWIE, MARYLAND
20715
TELEPHONE: (301)
352-4950
FAX: (301) 352-8691

3930 WALNUT
STREET
SUITE 250
FAIRFAX, VIRGINIA
22030
TELEPHONE, (703)
255-6667
FAX: (703) 299-8548

and that the originals will be maintained at the offices of the undersigned until the

conclusion of the above-captioned matter, including any appeal.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

TASYHA WHITFIELD, Individually and            *
as Personal Representative of the Estate of   *
her Deceased Mother,                          *
RUBY WHITFIELD                                *
                                              *
        Plaintiffs,                           *
                                              *    Case No.: 2013 CA 003401 B
v.                                            *
                                              *
JOEL R. BROMWELL, et al.                      *
                                              *
        Defendants.                           *

## NOTICE TO PERSONAL REPRESENTATIVE OF
## THE ESTATE OF RUBY WHITFIELD

IN COMPLIANCE WITH THE HEALTH-GENERAL ARTICLE TAKE NOTE THAT RECORDS REGARDING RUBY WHITFIELD HAVE BEEN SUBPOENAED FROM THE ATTACHED LIST OF PROVIDERS PURSUANT TO THE ATTACHED SUBPOENA. THIS SUBPOENA DOES NOT SEEK PRODUCTION OF MENTAL HEALTH RECORDS.

PLEASE EXAMINE THESE PAPERS CAREFULLY. IF YOU HAVE ANY OBJECTION TO THE PRODUCTION OF THESE DOCUMENTS YOU MUST FILE A MOTION FOR A PROTECTIVE ORDER OR A MOTION TO QUASH THE SUBPOENA ISSUED FOR THESE DOCUMENTS NO LATER THAN THIRTY (30) DAYS FORM THE DATE THIS NOTICE IS MAILED. FOR EXAMPLE, A PROTECTIVE ORDER MAY BE GRANTED IF THE RECORDS ARE NOT RELEVANT TO THE ISSUES IN THIS CASE, THIS REQUEST UNDULY INVADES YOUR PRIVACY, OR CAUSES YOU SPECIFIC HARM.

ALSO ATTACHED TO THIS FORM IS A COPY OF THE SUBPOENA DUCES

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

TECUM ISSUED FOR THESE RECORDS.  IF YOU BELIEVE YOU NEED FURTHER LEGAL

ADVICE ABOUT THIS MATTER, YOU SHOULD CONSULT YOUR ATTORNEY.

Respectfully submitted,

DeCARO, DORAN. SICILIANO,
GALLAGHER & DeBLASIS, LLP

Christopher R. Dunn
Counsel for Defendant
17251 Melford Blvd., Suite 200
Bowie, Maryland 20715
(301) 352-4950

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20<u>th</u> day of <u>August</u>, 2013, a copy of the foregoing was
forwarded, postage prepaid, via First Class mail, to:

Patrick M. Regan, Esquire
Victor E. Long, Esquire
Paul Cornoni, Esquire
REGAN ZAMBRI LONG & BERTRAM
1919 M Street, NW, Suite 350
Washington, D.C.  20036
Counsel for Plaintiff

O'Neil S. King, Esquire
LEFTWICH & LUDAWAY, LLC
1400 K Street, NW, Suite 1000
Washington, D.C.  20005
Counsel for Defendant Joel Bromwell

Christopher R. Dunn
Counsel for Defendant Hunam Inn Inc.
d/b/a Levelone/30 Degrees/Cobalt

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

TASYHA WHITFIELD, Individually and   *
as Personal Representative of the Estate of  *
her Deceased Mother,      *
RUBY WHITFIELD      *
           *
  Plaintiffs,       *
           *   Case No.: 2013 CA 003401 B
v.           *
           *
JOEL R. BROMWELL, et al.    *
           *
  Defendants.      *

## NOTICE OF DEPOSITION DUCES TECUM

NOTICE:   YOUR PERSONAL APPEARANCE AT THE DEPOSITION IS <u>NOT</u> <u>REQUIRED</u> IF THE REQUESTED INFORMATION/MATERIALS ARE PRODUCED PRIOR TO THE NOTED DEPOSITION DATE.

### HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA) COMPLIANCE

THE DEPONENT IS HEREBY INSTRUCTED THAT, PURSUANT TO HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA),45 CFR 164.512, SUBPART E(E)(1),UNDERSIGNED COUNSEL IS HEREBY REQUESTING A COMPLETE COPY OF ANY AND ALL RECORDS IN YOUR POSSESSION PERTAINING TO THE ABOVE NAMED INDIVIDUAL FOR THE PAST TWENTY (20) YEARS THROUGH, AND INCLUDING, THE DATE OF ISSUANCE OF THIS NOTICE.

45 CFR 164.512, SUBPART E(E)(1)PROVIDES THAT HEALTH CARE PROFESSIONALS MUST DISCLOSE RECORDS OF THE PATIENT WITHOUT AN AUTHORIZATION OF THAT PATIENT, IN RESPONSE TO A SUBPOENA, DISCOVERY REQUEST, OR OTHER LAWFUL PROCESS.

PURSUANT TO 45 CFR 164.512(e)(1)(ii)(A), A COPY OF THE REQUEST AND SUBPOENA HAS BEEN SERVED ON COUNSEL FOR THE PATIENT IDENTIFIED HEREIN.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

Please take notice that on:

**Monday, September 23, 2013 at 2:00 p.m.**

In the offices of:

DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
Attn: Kelly Williams, Paralegal

The deposition of the following Custodians of Record:

Metropolitan Police Department
Public Documents Unit
Attn: Accident/Incident Reports
300 Indiana Avenue, N.W., Room 3075
Washington, DC 20001

Edward A. O'Connell, Esquire
Associate US Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Carmen L. Mallon
Chief of Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, D.C. 20530-0001

Chief, FOIA/PA Unit
Criminal Division
Department of Justice
Suite 1127, Keeney Building
Washington, D.C. 20530-0001

FOIA/Privacy Staff
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, D.C. 20530-0001

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

2

will be taken by counsel for Defendant pursuant to the Rules of Procedure before a Notary Public

or some other officer authorized to take depositions.

Notice is hereby given according to the Rules of Procedure that the Deponent is requested

to produce at the deposition the following documentary or tangible evidence:

1. Any and all police information, crash reconstruction reports/documents/diagrams,

investigation of records, including but not limited to, accident reports, measurements, copies of

citations issued to Joel Bromwell, photographs, diagrams, videos, witness statements, narratives,

non-privileged internal and external communications, supplemental or follow up reports and any

other non-privileged information in your possession pertaining to the following accident:

| | |
|---|---|
| CCN #: | 13036815 |
| d/o/a: | **March 21, 2013** |
| Location: | **1100 block of Florida Avenue, N.E.** |
| Type: | **Pedestrian fatality caused by motor vehicle** |
| Victim: | **Whitfield, Ruby** |
| Driver: | **Bromwell, Joel** |

Should any of the documents requested in the above paragraph not be in your custody or

control, please advised the undersigned immediately. Should such documents need to be directly

requested from another department at your facility, you are directed to forward this request to that

department for production of their documents.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

———

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

———

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Christopher R. Dunn
Counsel for Defendant
17251 Melford Blvd., Suite 200
Bowie, Maryland 20715
(301) 352-4950

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of August, 2013, a copy of the foregoing was forwarded, postage prepaid, via First Class mail, to:

Patrick M. Regan, Esquire
Victor E. Long, Esquire
Paul Cornoni, Esquire
REGAN ZAMBRI LONG & BERTRAM
1919 M Street, NW, Suite 350
Washington, D.C. 20036
Counsel for Plaintiff

O'Neil S. King, Esquire
LEFTWICH & LUDAWAY, LLC
1400 K Street, NW, Suite 1000
Washington, D.C. 20005
Counsel for Defendant Joel Bromwell

_____
Christopher R. Dunn
Counsel for Defendant Hunam Inn Inc.
d/b/a Levelone/30 Degrees/Cobalt

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4

Health-General Article
Annotated Code of Maryland
§4-306.  Mandatory Disclosure Without Authorization

* * * * * * * *

(a)  In this section, "compulsory process" includes a subpoena, summons, warrant, or court order that appears on its face to have been issued on lawful authority.

(b)  A health care provider shall disclose a medical record without the authorization of a person in interest:

(1)  To a unit of State or local government, or to a member of a multidisciplinary team assisting the unit, for purposes of investigation or treatment in a case of suspected abuse or neglect of a child or an adult, subject to the following conditions:
(i)  The health care provider shall disclose only the medical record of a person who is being assessed in an investigation or to whom services are being provided in accordance with Title 5, Subtitle 7 or Title 14, Subtitle 3 of the Family Law Article;
(ii)  The health care provider shall disclose only the information in the medical record that will, in the professional judgment of the provider, contribute to the:
1.  Assessment of risk;
2.  Development of a service plan;
3.  Implementation of a safety plan; or
4.  Investigation of the suspected case of abuse or neglect; and
(iii)  The medical record may be redisclosed as provided in Article 88A, §6 of the Code;
(2)  Subject to the additional limitations for a medical record developed primarily in connection with the provision of mental health services in §4-307 of this subtitle, to health professional licensing and disciplinary boards, in accordance with a subpoena for medical records for the sole purpose of an investigation regarding:
(i)  Licensure, certification, or discipline of a health professional; or
(ii)  The improper practice of a health profession;
(3)  To a health care provider or the provider's insurer or legal counsel, all information in a medical record relating to a patient or recipient's health, health care, or treatment which forms the basis for the issues of a claim in a civil action initiated by the patient, recipient, or person in interest;
(4)  Notwithstanding any privilege in law, as needed, to a medical review committee as defined in §1-401 of the Health Occupations Article or a dental review committee as defined in §4-501 of the Health Occupations Article;
(5)  To another health care provider as provided in §19-308.2 or §10-807 of this article;
(6)  Subject to the additional limitations for a medical record developed primarily in connection with the provision of mental health services in §4-307 of this subtitle and except as otherwise provided in items (2), (7), and (8) of this subsection, in accordance with compulsory process, if the health care provider receives:
(i)  1.  A written assurance from the party or the attorney representing the party seeking the medical records that:
A.  A person in interest has not objected to the disclosure of the designated medical records and 30 days have elapsed since the notice was sent; or
B.  The objections of a person in interest have been resolved and the request for disclosure is in accordance with the resolution;
2.  Proof that service of the subpoena, summons, warrant, or court order has been waived by the court for good cause; or
3.  A copy of an order entered by a court expressly authorizing disclosure of the designated medical records; and
(ii)  For disclosures made under item (i) of this paragraph, copies of the following items that were mailed by certified mail to the person in interest by the person requesting the disclosure at least 30 days before the records are to be disclosed:
1.  The subpoena, summons, warrant, or court order seeking the disclosure or production of the records;
2.  This section; and
3.  A notice, such as the one enclosed herewith;
(7)  Subject to the additional limitations for a medical record developed primarily in connection with the provision of mental health services in §4-307 of this subtitle, to grand juries, prosecution agencies, law enforcement agencies or their agents or employees to further an investigation or prosecution, pursuant to a subpoena, warrant, or court order for the sole purposes of investigating and prosecuting criminal activity, provided that the prosecution agencies and law enforcement agencies have written procedures to protect the confidentiality of the records;
(8)  To the Maryland Insurance Administration when conducting an investigation or examination pursuant to Title 2, Subtitle 2 of the Insurance Article, provided that the Insurance Administration has written procedures to maintain the confidentiality of the records;
(9)  To a State or local child fatality review team established under Title 5, Subtitle 7 of this article as necessary to carry out its official functions; or
(10)  To a local domestic violence fatality review team established under Title 4, Subtitle 7 of the Family Law Article as necessary to carry out its official functions.

(c)  When a disclosure is sought under this section:

(1)  A written request for disclosure or written confirmation by the health care provider of an oral request that justifies the need for disclosure shall be inserted in the medical record of the patient or recipient; and
(2)  Documentation of the disclosure shall be inserted in the medical record of the patient or recipient.

DeCARO, DORAN
SICILIANO, GALLAGHER
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 260
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-4667
FAX: (703) 299-8548

5